**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01537-CR

### MARK LYNN MILLIGAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-27465-W**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief to

the extent that we **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of

this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE